IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00134–MSK–KMT

DEBRA L. HOLTE, and
BUDDY BEDS, LLC,

    Plaintiffs,

v.

TITAN CHAIR LLC,
TITAN CHAIR LLC d/b/a ICOZEEDOGBED and/or ICOZEEDOGBED.COM,
STEVEN CHA, and
SUN K. CHA,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

    The Joint "Motion for Protective Order" (Doc. No. 25, filed June 24, 2010) is GRANTED. The Stipulated Protective Order will be entered.

Dated: June 28, 2010.