IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No.10-cv-00134-MSK-KMT

DEBRA L. HOLTE; and
BUDDY BEDS LLC,

        Plaintiffs,

v.

TITAN CHAIR LLC;
TITAN CHAIR LLC, d/b/a iCozeedogbed, d/b/a iCozeedogbed.com;
STEVEN CHA; and
SUN K. CHA,

        Defendants.

## CONSENT JUDGMENT

THIS MATTER comes before the Court on the Joint Motion for Judgment (Joint Motion for Entry of Stipulated Consent Judgment (Motion) **(#45)** filed January 21, 2011.  Having reviewed the Motion ,

**IT IS ORDERED** that the Motion is **GRANTED**.

WHEREAS Debra L. Holte is the owner of United States Patent No. 7,185,604 entitled "Orthopedic Pet Cushion" ("the '604 patent"), which contains various claims for pet beds that employ memory foam;

WHEREAS Defendants previously imported into the United States, offered for sale, and sold pet beds under the "ICozee" brand name and maintained a website at the address: www.icozeedogbeds.corn;

WHEREAS on January 21, 2010, Debra L. Holte and Buddy Beds LLC (collectively, "Buddy Beds") brought claims against Titan Chair LLC, Titan Chair LLC d/b/a ICozeedogbed and/or ICozeedogbed.com, and Steven Cha (collectively, "Defendants") for, among other things, patent

infringement and false advertising under the Lanham Act and Colorado Consumer Protection Act;

WHEREAS on November 16, 2010 ("Effective Date"), Buddy Beds and Defendants entered into a Settlement and Royalty Agreement ("the Agreement") resolving this action;

WHEREAS pursuant to the Agreement, Buddy Beds and Titan Chair have agreed to the entry of this Consent Judgment;

NOW THEREFORE, the Court, finding good cause hereby further ORDERS, ADJUDICATES and DECREES that:

1. This Court has personal jurisdiction over Titan Chair and subject matter jurisdiction over the claims and counterclaims presented in this case;

2. Defendants, their parents, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order, are hereby ENJOINED from selling or offering to sell any pet bed products, from falsely advertising any pet bed products, and from selling, offering to sell, manufacturing or importing into the United States any pet bed product that would satisfy any claim(s) of the '604 Patent, either literally or under the doctrine of equivalents. The injunction in this paragraph shall take effect immediately upon entry of this Order.

3. Defendants shall donate, free of charge and within 90 days of entry of this order, any unsold pet bed inventory to the American Society for the Prevention of Cruelty to Animals (ASPCA), the Humane Society, or another comparable animal charity organization. After donating its remaining inventory, Defendants shall provide written confirmation of the donation to Buddy Beds.

4. This Court retains jurisdiction to monitor and enforce compliance with the Agreement and this consent judgment.

5. The Clerk shall close this case.

DATED this 16th day of February, 2011.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger

United States District Judge

Sean C. Grimsly
Bryan W. Leach
 BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop Street
8th Floor
Denver, CO 80202
Phone: (303) 592-3163
E-mail: sean.grimsley@bartlit-beck.com

Attorney for Plaintiffs
DEBRA L. HOLTE and BUDDY BEDS LLC

Thomas P. Howard
GARLIN DRISCOLL HOWARD LLC
245 Century Circle Suite 101
Louisville, CO 80027 Phone: (303) 926-4222
E-mail: thowardagdhlaw.com

Attorney for Defendants

TITAN CHAIR LLC, TITAN CHAIR LLC d/b/a/ ICozeedogbeds and/or ICozeedogbeds.com, and Steven Cha a/k/a Sun K. Cha