IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No.10-cv-00134-MSK-KMT

DEBRA L. HOLTE; and
BUDDY BEDS LLC,

        Plaintiffs,

v.

TITAN CHAIR LLC;
TITAN CHAIR LLC, d/b/a iCozeedogbed, d/b/a iCozeedogbed.com;
STEVEN CHA; and
SUN K. CHA,

        Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Joint Motion for Entry of Stipulated Dismissal **(#51)** filed March 31, 2011. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. Any and all claims and/or cross-claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 1st day of April, 2011.

        **BY THE COURT:**

        *[signature]*

        Marcia S. Krieger
        United States District Judge